# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DEIDRA Y. COLE, | : |
| Plaintiff, | : |
| vs. | :     CA 09-0337-C |
| ALABAMA DEPARTMENT OF FORENSIC SCIENCES | : |
| Defendant. | : |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the defendant's motion for summary judgment (Doc. 22) be **GRANTED** in its entirety and that plaintiff's complaint (Doc. 1), as amended (Doc. 8), be **DISMISSED WITH PREJUDICE**.

**DONE** this the 15th day of February, 2011.

                                            s/ WILLIAM E. CASSADY
                                            **UNITED STATES MAGISTRATE JUDGE**